# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **AMOS JUNIOR SCOTT,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:17-cv-00166-MR |
| | ) | 1:00-cr-00069-MR-5 |
| vs. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 6, 2017 Memorandum of Decision and Order.

November 6, 2017

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court